| RETURN OF SERVICE | |
|---|---|
| Service of the Summons, Complaint, Individual Judge Rules, and ECF Rules & Instructions was made by me[1] | 8-15-2008   3:45 Pm <br> Date               Time |
| Name of Server (Print) Evan Rhodes | Title |

Check the appropriate method(s) of service below and supply the information requested.

[X] **Served personally upon the defendant.**
Physical description of the defendant: Male, Asian, 5'7", 175 lbs.

Place served: 2001 Melrose Dr. Murray Ky 42071

[ ] **Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.**
Name of the person with whom the documents were left: _____

Physical description of the person with whom the documents were left: _____

Person's relationship to defendant: _____

[ ] Returned Unexecuted (specify): _____

[ ] Other (specify): _____

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on 8-15-2008                    _Evan Rhodes_
Date                                     Signature of Server

MLQ ATTORNEY SERVICES
2000 RIVEREDGE PARKWAY NW
SUITE 885
ATLANTA, GA 30328
1-800-446-8794
Address of Server

(1) As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.

JUDGE SCHEINDLIN

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

JOHN WILEY & SONS, INC.,
    Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

E-BOOKSTORES, LLC, APICHAI
CHARNPANICHKARN, DAWADEE
CHARNPANICHKARN AND BENYA
TANGCHEWINSATTEN, ET AL,
    Defendant.

**08 CIV 7207**

TO: (Name and address of defendant)

Apichai Champanichkarn, Dawadee Champanichkarn,
and Benya Tangchewinsatten
2001 Melrose Drive
Murray, Kentucky 42071

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Laura Scileppi
Dunnegan LLC
350 Fifth Avenue
New York, New York 10118

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**
CLERK

AUG 1 3 2008
DATE

(BY) DEPUTY CLERK