| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons, Complaint, Individual Judge Rules, and ECF Rules & Instructions was made by me[1] | 8-15-2008 | 3:45 P.M |
| | Date | Time |
| Name of Server (Print) Evan Rhodes | Title | |

Check the appropriate method(s) of service below and supply the information requested.

☐ **Served personally upon the defendant.**
Physical description of the defendant: _____

Place served: _____

☒ **Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.**
Name of the person with whom the documents were left: Apichai ChernPknichKan

Physical description of the person with whom the documents were left:
Asian Male, About 5'7", Around 175 lbs, Early 30's
Person's relationship to defendant: Brother

☐ **Returned Unexecuted** (specify): _____

☐ **Other** (specify): _____

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on 8-15-2008
Date

Signature of Server

~~MLQ ATTORNEY SERVICES~~
~~2000 RIVEREDGE PARKWAY NW~~
~~SUITE 885~~
ATLANTA, GA 30328
Address of Server 1-800-446-8794

(1) As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.

JUDGE SCHEINDLIN

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

<u>          SOUTHERN          </u> DISTRICT OF <u>          NEW YORK          </u>

JOHN WILEY & SONS, INC.,
        Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

E-BOOKSTORES, LLC, APICHAI
CHARNPANICHKARN, DAWADEE
CHARNPANICHKARN AND BENYA
TANGCHEWINSATTEN, ET AL,
        Defendant.

08 CIV 7207

TO: (Name and address of defendant)

Apichai Champanichkarn, Dawadee Champanichkarn,
and Benya Tangchewinsatten
2001 Melrose Drive
Murray, Kentucky 42071

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Laura Scileppi
Dunnegan LLC
350 Fifth Avenue
New York, New York 10118

an answer to the complaint which is herewith served upon you, within <u>     20     </u> days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

AUG 1 3 2008

CLERK

DATE

(BY) DEPUTY CLERK