| RETURN OF SERVICE | |
|---|---|
| Service of the Summons, Complaint, Individual Judge Rules, and ECF Rules & Instructions was made by me[1] | 8-15-2008   3:45 PM<br>Date           Time |
| Name of Server *(Print)* Evan Rhodes | Title |

Check the appropriate method(s) of service below and supply the information requested.

[X] **Served personally upon the defendant.**
Physical description of the defendant: Asian Male, About 5'7", Around 175 lbs
Place served: 2001 Melrose Drive, Murray, Kentucky 42071

[ ] **Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.**
Name of the person with whom the documents were left: _____

Physical description of the person with whom the documents were left: _____

Person's relationship to defendant: _____

[ ] **Returned Unexecuted** *(specify)*: _____

[ ] **Other** *(specify)*: _____

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on 8-15-2008
Date

Signature of Server

MLQ ATTORNEY SERVICES
2000 RIVEREDGE PARKWAY NW
SUITE 885
ATLANTA, GA 30328
1-800-446-8794
Address of Server

(1) As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

JUDGE SCHEINDLIN

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

JOHN WILEY & SONS, INC.,
        Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

E-BOOKSTORES, LLC, APICHAI CHARNPANICHKARN, DAWADEE CHARNPANICHKARN AND BENYA TANGCHEWINSATTEN, ET AL,
        Defendant.

**08 CIV 7207**

TO: (Name and address of defendant)

E-Bookstores, LLC
2006 Melrose Drive
Murray, Kentucky 42071

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Laura Scileppi
Dunnegan LLC
350 Fifth Avenue
New York, New York 10118

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

AUG 1 3 2008

CLERK

DATE

(BY) DEPUTY CLERK